IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERESA SOPPET and LOIDY TANG, individually and on behalf of a class, | ) ) ) | Case No. 1:10-cv-05469 |
| Plaintiffs, | ) ) ) | Judge Kennelly |
| -vs- | ) ) ) | |
| ENHANCED RECOVERY COMPANY, LLC, as successor to ENHANCED RECOVERY CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR SUMMARY JUDGMENT

NOW COMES defendant, Enhanced Recovery Company, LLC, f/k/a Enhanced Recovery Corporation ("ERC"), through counsel, and pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, who files this Motion for Summary Judgment, and incorporates the contemporaneously filed Statement of Uncontested Material Facts and supporting memorandum and affidavits.

Plaintiffs, Teresa Soppet and Loidy Tang, do not have statutory standing to assert claims under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, for the calls made by ERC. Further, ERC had consent to make the subject calls. The Court, therefore, should dismiss plaintiffs' TCPA claims.

WHEREFORE, based on the foregoing, contemporaneously filed Statement of Uncontested Material Facts and supporting memorandum and affidavits, ERC respectfully requests that the Court grant the requested relief.

        Respectfully submitted,

        <u>/s/ James K. Schultz</u>
        Attorney for Enhanced Recovery Company, LLC,
        f/k/a Enhanced Recovery Corporation

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
55 Enhanced Monroe Street, Suite 1120
Chicago, IL 60603
Telephone: 312-578-0990
Facsimile: 312-578-0991
<u>jschultz@sessions-law.biz</u>

Bryan C. Shartle
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
Lakeway Two, Suite 200
3850 N. Causeway Boulevard
Metairie, LA 70002
Telephone: 504-828-3700
Facsimile: 504-828-3737
<u>bshartle@sessions-law.biz</u>

Attorneys for Enhanced Recovery
Company, LLC, f/k/a Enhanced Recovery Corporation

## CERTIFICATE OF SERVICE

I certify that on this 18th day of April 2011 a copy of the foregoing **Motion for Summary Judgment** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel, as described below. Parties may access this filing through the Court's system.

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: 312-729-5288
Facsimile: 312-729-5289
aburke@burkelawllc.com

Curtis Charles Warner
WARNER LAW FIRM, LLC
155 N. Michigan Ave., Suite 560
Chicago, IL 60601
Telephone: 312-238-9820
Facsimile: 312-638-9139
cwarner@warnerlawllc.com

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603
Telephone: 312-739-4200
Facsimile: 312-419-0379
courtecl@edcombs.com
ccombs@edcombs.com
jlatturner@edcombs.com
fgreene@edcombs.com

/s/ James K. Schultz
Attorney for Enhanced Recovery Company, LLC,
f/k/a Enhanced Recovery Corporation

\\sfnfs02\prolawdocs\9764\9764-27113\Soppet, Teresa\404612.doc