# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TERESA SOPPET and LOIDY TANG, individually and on behalf of a class, ) | 10 C 5469 |
| Plaintiff, ) | Judge Kennelly |
| ) | |
| vs. ) | Magistrate Judge Denlow |
| ) | |
| ENHANCED RECOVERY COMPANY, LLC, As successor to ENHANCED RECOVERY CORPORATION, ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

Alexander H. Burke, and Burke Law Offices, LLC, respectfully request that this Court permit them to withdraw as attorneys for plaintiff Loidy Tang.

In support of this motion, movants state:

1. Plaintiff Loidy Tang has terminated representation of the undersigned, Alexander H. Burke and Burke Law Offices, LLC.

2. Plaintiff is still represented in this matter by Curtis Warner, and Warner Law Firm, LLC, which has been counsel of record throughout the entire case and actively litigated the case from the beginning.

3. Defense counsel has indicated that defendant has no objection to this motion.

WHEREFORE, Alexander H. Burke, and Burke Law Offices, LLC, respectfully request that this Court permit them to withdraw as attorneys for plaintiff Loidy Tang.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com