# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## BILL OF COSTS

June 4, 2012

Taxed in Favor of: **Appellee Teresa Soppet**

| No.: 11-3819 | TERESA SOPPET, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:10-cv-05469<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The mandate or agency closing letter issued in this cause on June 4, 2012.

BILL OF COSTS issued in the amount of: $112.00.

| | | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |

3.     For reproduction of briefs:                    $     112.00     _____
       _____

4.     _____
       _____     _____     _____

5.     _____
       _____     _____     _____

                                            TOTAL:     $     112.00

form name: **c7_BillOfCosts**(form ID: **140**)