# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

May 11, 2012

Before:

FRANK H. EASTERBROOK, *Chief Judge*

JOEL M. FLAUM, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

| No.: 11-3819 | TERESA SOPPET, et al., Plaintiffs - Appellees  v.  ENHANCED RECOVERY COMPANY, LLC, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-05469  Northern District of Illinois, Eastern Division  District Judge Matthew F. Kennelly ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)